# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2357 PAM/RLE Case Title: DawsonCNe v. Dakota Spas

**Affidavit of Movant**

I, Jay D. Carlson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Curtis V. Harr, an attorney admitted to practice in the ______ District of North Dakota, but not admitted to the bar of this court, who will be counsel for the ( )~~plaintiff~~ (X)defendant Dakota Spas, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: ______ | 14990 MN Attorney License # | 6/11/02 Date

**Affidavit of Proposed Admittee**

I, Curtis V. Harr, am currently a member in good standing of the U.S. District Court for the ______ District of North Dakota, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Curtis V. Harr
Type/Print Name

Signature ______ Date 6-4-02

Attorney License Number: 05235

Law Firm Name & Address: Harr Law Office, P.C.
1402 25th Street S., Suite B
Fargo, ND 58103

Telephone: (701-298-3001

Motion Granted: ______
For the Court: Richard D. Sletten, Clerk

Date: JUL 0 1 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(prohacvice.wpd) (9/01)

FILED JUL 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______