UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Dimension One Spas, Inc.,

Plaintiff,

vs. ORDER OF DISMISSAL

Dakota Spas, Inc.,

Defendant. Civ. No. 01-2357 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settlcd, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Paul A. Magnuson
United States District Court

DATED: August 15, 2002
At St. Paul, Minnesota

FILED AUG 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________